**Order entered April 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00442-CV

**AMERICAN FIRST LLOYD'S INSURANCE COMPANY, Appellant**

**V.**

**HARTFORD LLOYD'S INSURANCE COMPANY, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-10-1272**

## ORDER

By order dated February 22, 2013, the Court abated the appeal to allow the parties time to negotiate a settlement agreement. We **REINSTATE** the appeal.

By letter dated March 29, 2013, appellant informed the Court that the parties need an additional thirty days to finalize their settlement and asks the Court to continue the abatement. We treat appellant's letter as a motion to abate. We **GRANT** appellant's motion to abate the appeal pending settlement. We **ABATE** the appeal. The appeal will be reinstated when the Court receives a motion to dismiss or thirty days from the date of this order, whichever occurs sooner.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE